IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| MARIA FARRIS, | ) | Case No.: 4:18-cv-04331 |
| | ) | |
| Plaintiff, | ) | NOTICE OF SETTLEMENT |
| | ) | |
| – vs – | ) | |
| | ) | |
| GC SERVICES, LP, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF SETTLEMENT</u>**

**NOTICE IS HEREBY GIVEN** that Plaintiff Maria Farris ("Plaintiff") and Defendant GC Services, LP ("Defendant") have reached a settlement in the above-captioned matter. Plaintiff intends to file a Notice of Voluntary Dismissal once the Settlement Agreement has been finalized. Pending Plaintiff's Voluntary Dismissal, the parties respectfully request this honorable Court to vacate all deadlines.

Plaintiff is filing this Notice with Defendant's approval and permission.

RESPECTFULLY SUBMITTED,

Dated: January 31, 2019         By:/s/ *Peter Cozmy*k
                                Peter Cozmyk
                                Attorney in Charge
                                State Bar # 0078862
                                COZMYK LAW OFFICES, LLC
                                6100 Oak Tree Blvd., Ste. 200
                                Independence, OH 44131
                                pcozmyk@cozmyklaw.com
                                P: (216) 452-9145
                                F. (216) 485-2125

CERTIFICATE OF INTERESTED PARTIES

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2019 I served this Notice of Settlement via U.S. mail on:

GC Services, LP
6330 Gulfton
Houston, Harris County, TX 77081

RESPECTFULLY SUBMITTED,

Dated: January 31, 2019

By:/s/ *Peter Cozmy*k
Peter Cozmyk
Attorney in Charge
State Bar # 0078862
COZMYK LAW OFFICES, LLC
6100 Oak Tree Blvd., Ste. 200
Independence, OH 44131
pcozmyk@cozmyklaw.com
P: (216) 452-9145
F. (216) 485-2125

CERTIFICATE OF INTERESTED PARTIES