IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| MARIA FARRIS, | ) | Case No.: 4:18-cv-04331 |
| | ) | |
| Plaintiff, | ) | NOTICE OF VOLUNTARY DISMISSAL |
| | ) | |
| – vs – | ) | |
| | ) | |
| GC SERVICES, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Maria Farris, by and through counsel, hereby gives notice that the above captioned action is voluntarily dismissed WITH PREJUDICE against the Defendant GC Services, LP.

RESPECTFULLY SUBMITTED,

Dated: March 15, 2019       By:*/s/ Peter Cozmyk*
                            Peter Cozmyk
                            Attorney in Charge
                            State Bar # 0078862
                            COZMYK LAW OFFICES, LLC
                            6100 Oak Tree Blvd., Ste. 200
                            Independence, OH 44131
                            pcozmyk@cozmyklaw.com
                            P: (216) 452-9145
                            F. (216) 485-2125

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2019 I served this Notice of Settlement via U.S. mail on:

GC Services, LP
6330 Gulfton
Houston, Harris County, TX 77081

RESPECTFULLY SUBMITTED,

Dated: January 31, 2019

By: */s/ Peter Cozmyk*
Peter Cozmyk
Attorney in Charge
State Bar # 0078862
COZMYK LAW OFFICES, LLC
6100 Oak Tree Blvd., Ste. 200
Independence, OH 44131
pcozmyk@cozmyklaw.com
P: (216) 452-9145
F. (216) 485-2125

NOTICE OF VOLUNTARY DISMISSAL